Name: Jay R. Campbell
Law Firm: RENNER, OTTO, BOISSELLE & SKLAR LLP
Address: 1621 Euclid Avenue, 19th Flr., Cleveland, OH 44115
Phone #: (216) 621-1113
Appearing For:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Integrated Technology Corp.       )
    Plaintiff(s)/Petitioner(s),    )
                                  )  CASE NO: CV 06-02182-PHX-ROS
vs.                               )
                                  )  **Application of Attorney For Admission To Practice**
Applied Precision LLC             )  **Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**
  Defendant(s)/Respondent(s)      )

NOTICE: Please submit the $100 fee with your application.

I, Jay R. Campbell, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Integrated Technology Corp.

CITY AND STATE OF PRINCIPAL RESIDENCE: Medina, Ohio
FIRM NAME: RENNER, OTTO, BOISSELLE & SKLAR LLP
ADDRESS: 1621 Euclid Avenue                    SUITE: 19th Flr.
CITY: Cleveland                STATE: Ohio    ZIP: 44115
FIRM/BUSINESS PHONE: (216) 621-1113
FIRM FAX PHONE: (216) 621-6165    E-MAIL ADDRESS: jcampbell@rennerotto.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| The Supreme Court of Ohio | May 8, 1989 | (Yes) / No* |
| U.S. Court of Appeals for the Federal Circuit | June 23, 1989 | (Yes) / No* |
| U.S. Court of the Northern District of Ohio Eastern Division | November 7, 1989 | (Yes) / No* |

(An Original Certificate of Good Standing from a FEDERAL BAR in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |
| | | |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    Y/(N)
    Have you ever been disbarred from practice in any Court?    Y/(N)

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct.

Oct. 5, 2006
Date                               Signature of Applicant

pkco49374

(Rev. 03/05)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  : ss.
NORTHERN DISTRICT OF OHIO :

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division,

**DO HEREBY CERTIFY**, that Jay R. Campbell    Bar No. # 0041293    , was duly admitted to practice in said Court on Nov 7, 1989    , and is in good standing as a member of the bar of said Court.

Dated at: Cleveland, Ohio

on: October 11, 2006

GERI M. SMITH, Clerk of Court

By: _____  Deputy Clerk