**Name:** Joshua M. Ryland
**Law Firm:** RENNER, OTTO, BOISSELLE & SKLAR LLP
**Address:** 1621 Euclid Ave., 19th Flr., Cleveland, Ohio 44115
**Phone #:** (216) 621-1113
**Appearing For:**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Integrated Technology Corp. )
    **Plaintiff(s)/Petitioner(s),** )
)   **CASE NO:** CV 06-02182-PHX-ROS
vs. )
Applied Precision LLC )
)   **Application of Attorney For Admission To Practice**
)   **Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**
    **Defendant(s)/Respondent(s)** )

NOTICE: Please submit the $100 fee with your application.

I, Joshua M. Ryland, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Integrated Technology Corp.

**CITY AND STATE OF PRINCIPAL RESIDENCE:** University Heights, Ohio
**FIRM NAME:** RENNER, OTTO, BOISSELLE & SKLAR LLP
**ADDRESS:** 1621 Euclid Avenue       **SUITE:** 19th Flr.
**CITY:** Cleveland    **STATE:** Ohio    **ZIP:** 44115
**FIRM/BUSINESS PHONE:** (216) 621-1113
**FIRM FAX PHONE:** (216) 621-6165    **E-MAIL ADDRESS:** jryland@rennerotto.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Supreme Court of Ohio | 12/21/1999 | Yes / No* |
| Northern District of Ohio | 03/01/2002 | Yes / No* |
| District of Colorado | 08/01/2005 | Yes / No* |

(An Original Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    Y/N
    Have you ever been disbarred from practice in any Court?    Y/N

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct.

Date: 10/10/2006
Signature of Applicant: [signed]

plus49376

(Rev. 03/05)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  : 
: ss.
NORTHERN DISTRICT OF OHIO :

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division,

**DO HEREBY CERTIFY**, that  Joshua M. Ryland    Bar No. # 0071758  , was duly admitted to practice in said Court on March 1, 2002   and is in good standing as a member of the bar of said Court.

Dated at: Cleveland, Ohio

on: October 11, 2006

**GERI M. SMITH**
Clerk of Court

By: _____
Deputy Clerk