UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

|  |  |
|---|---|
| Integrated Technology Corporation and Nevada Integrated Technology Corporation, | ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) |
| v. | ) ) |
| Rudolph Technologies, Inc., et al., | ) ) |
| Defendants/Counterclaimants. | ) ) ) |

Case No. CV-06-02182-PHX-ROS

Judge Silver

**JURY VERDICT FORM**

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 20 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# JURY VERDICT FORM

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

## DEFINITIONS

Plaintiffs Integrated Technology Corporation and Nevada Integrated Technology Corporation, herein, are collectively known as "ITC."

Defendant Rudolph Technologies, Inc. is known as "Rudolph."

Rudolph's PrecisionPoint VX, VX2, and VX3 systems probe card analyzers are collectively referred to as the "PRVX Systems." Those PRVX Systems made before August 2007 are referred to as "Pre-August 2007 PRVX Systems." Those PRVX Systems made after August 2007 are referred to as "Post-August 2007 PRVX3 Systems."

Rudolph's PrecisionWoRx VX4 systems are referred to as the "PRVX4 Systems."

Rudolph's probeWoRx and probeWoRx 300 probe card analyzers are collectively referred to as "probeWoRx Systems."

U.S. Patent No. 6,118,894, owned by ITC, is referred to as the "'894 Patent."

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

I. **INFRINGEMENT**

    A. **Rudolph's Post-August 2007 PRVX3 Systems**

        1. (a) Has ITC proven that it is more likely than not that Rudolph's Post-August 2007 PRVX3 Systems infringe Claim 1 of the '894 Patent?

        Yes __X__   No_____

*If your answer to question 1(a) is "Yes," go to question 1(b). If your answer to question 1(a) is "No," go to Section B.*

        (b) Do you find the Post-2007 PRVX Systems infringe Claim 1 literally or under the doctrine of equivalents?

        Literally _____   Doctrine of Equivalents __X__

*Go to question 2.*

        2. (a) Has ITC proven that it is more likely than not that Rudolph's Post-August 2007 PRVX3 Systems infringe Claim 3 of the '894 Patent

        Yes __X__   No_____

*If your answer to question 2(a) is "Yes," go to question 2(b). If your answer to question 2(a) is "No," go to Section B.*

        (b) Do you find the Post-2007 PRVX Systems infringe Claim 3 literally or under the doctrine of equivalents?

        Literally _____   Doctrine of Equivalents __X__

*Go to Section B.*

    B. **Rudolph's PRVX4 Systems**

        1. (a) Has ITC proven that it is more likely than not that Rudolph's PRVX4 Systems infringe Claim 1 of the '894 Patent?

        Yes __X__   No_____

*If your answer to question 1(a) is "Yes," go to question 1(b). If your answer to question 1(a) is "No," go to Section C.*

    (b) Do you find the PRVX4 Systems infringe Claim 1 literally or under the doctrine of equivalents?

    Literally _____    Doctrine of Equivalents __X__

*Go to question 2(a).*

2.    (a) Has ITC proven that it is more likely than not that Rudolph's PRVX4 Systems infringe Claim 3 of the '894 Patent?

    Yes __X__    No _____

*If your answer to question 2(a) is "Yes," go to question 2(b). If your answer to question 2(a) is "No," go to Section C.*

    (b) Do you find that Rudolph's PRVX4 Systems infringe Claim 3 literally or under the doctrine of equivalents?

    Literally _____    Doctrine of Equivalents __X__

*Go to Section C.*

C.    **Rudolph's ProbeWoRx Systems**

1.    (a) Has ITC proven that it is more likely than not that Rudolph's ProbeWoRx Systems infringe Claim 1 of the '894 Patent?

    Yes __X__    No _____

*If your answer to question 1(a) is "Yes," go to question 1(b). If your answer to question 1(a) is "No," go to Section II.*

    (b) Do you find that Rudolph's ProbeWoRx Systems infringe Claim 1 literally or under the doctrine of equivalents?

    Literally _____    Doctrine of Equivalents __X__

*Go to question 2(a).*

2.    (a) Has ITC proven that it is more likely than not that Rudolph's ProbeWoRx Systems infringe Claim 3 of the '894 Patent?

Yes __X__          No _____

*If your answer to question 2(a) is "Yes," go to question 2(b). If your answer to question 2(a) is "No," go to Section II.*

(b) Do you find that Rudolph's ProbeWoRx Systems infringe Claim 3 literally or under the doctrine of equivalents? *Check one.*

Literally _____          Doctrine of Equivalents __X__

*Go to Section II.*

## II. DAMAGES

### A. Notice.

1. Did ITC prove that it substantially and consistently marked its products with the patent number before ITC sued Rudolph for patent infringement?

Yes __X__          No _____

*If your answer to question 1 is "Yes," then answer question 2.*

2. If your answer to question 1 above was "yes," when did ITC begin to substantially and consistently mark its products with the patent number?

_____ October 2000 _____

*Go to Section B.*

### B. Pre-August 2007 PRVX Systems

1. Do you find that ITC has proven that it is more likely than not that it lost profits as a result of sales of Rudolph's Pre-August 2007 PRVX Systems?

Yes __X__          No _____

*If your answer to question 1 is "Yes," go to question 2. If your answer to question 1 is "No," go to question 3.*

2. What lost profits do you find ITC has proven that it is more likely than not that it has suffered as a result of sales of Rudolph's Pre-August 2007 PRVX Systems?

_____ $7,684,047 _____

5

*Go to Section C.*

  3. What reasonable royalties, if any, do you find ITC has proven it suffered as a result of sales of Rudolph's Pre-August 2007 PRVX Systems?

  Rate    _____

  Total Royalty Damages _____

*Go to Section C.*

 C. **Post-August 2007 PRVX3 Systems.**

*If you have found Claim 1 of the '894 Patent is infringed by Rudolph's Post-August 2007 PRVX Systems in Section I.A., answer the following questions as instructed. Otherwise, go to Section D.*

  1. Do you find that ITC has proven that it is more likely than not that it lost profits as a result of sales of Rudolph's Post-August 2007 PRVX3 Systems?

  Yes __X__  No _____

*If your answer to question 1 is "Yes," go to question 2. If your answer to question 1 is "No," go to question 3.*

  2. What lost profits do you find ITC has proven that it is more likely than not that it has suffered as a result of sales of Rudolph's Post-August 2007 PRVX3 Systems?

  __$825,919__

*Go to Section D.*

  3. What reasonable royalties, if any, do you find ITC has proven it suffered as a result of sales of Rudolph's Post-August 2007 PRVX3 Systems?

  Rate    _____

  Total Royalty Damages _____

*Go to Section D.*

6

D. **PRVX 4 Systems**

*If you have found Claim 1 of the '894 Patent is infringed by Rudolph's PRVX4 Systems in Section I.B., answer the following questions as instructed. Otherwise, go to Section E.*

1. Do you find that ITC has proven that it is more likely than not that it lost profits as a result of sales of Rudolph's PRVX4 Systems?

Yes __**X**__     No _____

*If your answer to question 1 is "Yes," go to question 2. If your answer to question 1 is "No," go to question 3.*

2. What lost profits do you find ITC has proven that it is more likely than not that it has suffered as a result of sales of Rudolph's PRVX4 Systems?

__$642,061__

*Go to Section E.*

3. What reasonable royalties, if any, do you find ITC has proven it suffered as a result of sales of Rudolph's PRVX4 Systems?

Rate                    _____

Total Royalty Damages   _____

*Go to Section E.*

E. **ProbeWoRx Systems**

*If you have found Claim 1 of the '894 Patent is infringed by Rudolph's ProbeWoRx Systems in Section I.C., answer the following questions as instructed. Otherwise, go to Section III.*

1. Do you find that ITC has proven that it is more likely than not that it lost profits as a result of sales of Rudolph's ProbeWoRx Systems?

Yes __**X**__     No _____

*If your answer to question 1 is "Yes," go to question 2. If your answer to question 1 is "No," go to question 3.*

    2.    What lost profits do you find ITC has proven that it is more likely than not that it has suffered as a result of sales of Rudolph's ProbeWoRx Systems?

$6,323,465

*Go to Section III.*

    3.    What reasonable royalties, if any, do you find ITC has proven it suffered as a result of sales of Rudolph's ProbeWoRx Systems?

Rate  _____

Total Royalty Damages  _____

*Go to Section III.*

## III.  WILLFUL INFRINGEMENT

Has ITC proven that it is highly probable that Rudolph infringed ITC's patent with reckless disregard of whether such claim was infringed or was invalid by selling following products?

    1.    The Pre-August 2007 PRVX Systems    Yes _____    No __X__

    2.    The Post-August 2007 PRVX3 Systems *(answer only if you found in Section I.A. that the Post-August 2007 PRVX 3 Systems infringed at least claim 1 of the '894 patent)*

    Yes __X__    No _____

    3.    The PRVX4 Systems *(answer only if you found in Section I.B. that the PRVX4 Systems infringed at least claim 1 of the '894 patent)*

    Yes __X__    No _____

    4.    The ProbeWoRx Systems *(answer only if you found in Section I.C. that the ProbeWoRx Systems infringed at least claim 1 of the '894 patent)*

    Yes __X__    No _____

For the Jury:

By: ___Juror 8_____
      Foreperson

Date: ___12-20-2011_____